United States District Court

Eastern District of California

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No. Cr. S 95-0253 GEB |
| vs. | Civ. S 01-1226 MCE PAN P |
| Robert Frank Price, | Findings and Recommendations |
| Defendant. | |

-oOo-

February 19, 1997, a jury convicted defendant of possessing methamphetamine for sale.  October 3, 1997, the court sentenced him to 360 months imprisonment.  The court of appeals remanded its order affirming the conviction October 5, 1999.

June 25, 2001, defendant moved to vacate or set aside his sentence.  28 U.S.C. § 2255.  The government opposed March 14, 2003, and defendant replied May 15, 2003.

Defendant argues his sentence is unconstitutional because it is based on a drug quantity not found by a jury beyond a

reasonable doubt. <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000). The United States Supreme Court has held that the rationale set forth in <u>Apprendi</u> applies equally to defendants sentenced under the Federal Sentencing Guidelines. <u>United States v. Booker</u>, ___ U.S. ___, 125 S.Ct. 738 (2005). Nevertheless, the Ninth Circuit consistently has held <u>Apprendi</u> claims cannot be raised on initial collateral review. <u>United States v. Sanchez-Cervantes</u>, 282 F.3d 664 (9th Cir. 2002); <u>Cooper-Smith v. Palmateer</u>, 397 F.3d 1236, 1245-46 (9th Cir. 2005). <u>Booker</u> does not apply retroactively on collateral review either. <u>United States v. Cruz</u>, 423 F.3d 119 (9th Cir. 2005). Defendant admits in his motion to vacate the judgment was final before <u>Apprendi</u> was decided in June 2000.

Accordingly, the court hereby recommends:

1. Defendant's June 25, 2001, motion to vacate or set aside his sentence be denied.

2. The clerk of the court be directed to close the companion civil case number Civ. S 01-1226 MCE PAN P.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 10 days of service of these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district

///
///
///

1 judge may accept, reject, or modify these findings and
2 recommendations in whole or in part.
3      Dated:  November 29, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge