1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11          Respondent,              2:95-cr-0253-GEB-PAN

12      vs.                          2:01-cv-1226-GEB-PAN-P

13   ROBERT FRANK PRICE,

14          Movant.                  ORDER

15   _____/

16          Movant, a federal prisoner proceeding through counsel,

17   has filed a motion to vacate, set aside, or correct his sentence

18   pursuant to 28 U.S.C. § 2255.  The matter was referred to a

19   United States Magistrate Judge pursuant to 28 U.S.C.

20   § 636(b)(1)(B) and Local General Order No. 262.

21          On November 29, 2005, the magistrate judge filed

22   findings and recommendations herein which were served on all

23   parties and which contained notice to all parties that any

24   objections to the findings and recommendations were to be filed

25

26

1

1  within ten days.  Petitioner has filed objections to the findings
2  and recommendations.

3  In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5  de novo review of this case.  Having carefully reviewed the
6  entire file, the court finds the findings and recommendations to
7  be supported by the record and by proper analysis.

8  Accordingly, IT IS HEREBY ORDERED that:

9  1.  The findings and recommendations filed November 29,
10  2005, are adopted in full;

11  2.  Defendant's June 25, 2001, motion to vacate or
12  set aside sentence is denied; and

13  3.  The Clerk of the Court is directed to close the
14  companion civil case, 2:01-cv-1226-GEB-PAN-P.

15  Dated:  January 10, 2006

16

17  /s/ Garland E. Burrell, Jr.
    GARLAND E. BURRELL, JR.
18  United States District Judge

19

20

21

22

23

24

25

26

2